In the Matter of the Application of HARRY McCORMACK, Petitioner, for an Order of Mandamus against FREDERICK I. DANIELS, Executive Director, Temporary Emergency Relief Administration of the State of New York, and Others, Respondents.

Supreme Court, Special Term, New York County, July 2, 1937.

*Angelo John Cincotta*, for the petitioner.

*Matthew Silverman*, for Charlotte E. Carr, etc.

*John J. Bennett, Attorney-General*, for the respondents Frederick I. Daniels, Executive Director, Temporary Emergency Relief Administration of the State of New York, and Morris S. Tremaine, Comptroller of the State of New York.

*Paul Windels, Corporation Counsel [Robert H. Schaffer of counsel]*, for William Hodson, commissioner of the department of public welfare of the city of New York, and Frank J. Taylor, comptroller.

*Abraham J. Rosenblum, Chairman of and Counsel,* for the American Legion Welfare Committee of New York County, Inc., *amicus curiæ*.

FRANKENTHALER, J.   The petitioner, a veteran of the World war, complains of a ruling of the Temporary Emergency Relief Administration to the effect that *all* resources of applicants for relief, including bonus bonds received by veterans, must be taken into account in determining to what extent, if any, applications for relief are to be granted.   There is no merit to the claim that such a ruling violates the act of Congress which provides that neither bonus certificates nor sums payable under them are to be subject to attachment, levy or seizure or to National or State taxation.   No Federal statutory provision is referred to which even purports to prohibit State authorities from taking into consideration a veteran's possession of bonus certificates or bonds in determining to what extent he is eligible for relief, nor could such a provision validly compel State authorities to disregard the veteran's possession of bonus certificates or bonds in making allotments of State funds for relief purposes.   In the absence of a statute of this State directing relief authorities to disregard the bonus as an asset in the case of veterans applying for relief, no justification exists for judicial interference with the ruling of the Temporary Emergency Relief Administration.   The motion for an order of mandamus is accordingly denied.